# United States District Court

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

BRADLEY T. KAHLE

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-35mJ

I, __FBI Special Agent William M. Weiss__ the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 8, 2008__ in __Clearfield__ county, in the __Western__ District of __Pennsylvania__ defendant(s) did,

(Track Statutory Language of Offense)

knowingly and unlawfully, possess firearms, namely, destructive devices consisting of improvised explosive bombs, which were not registered to him in the National Firearms Registration and Transfer Record,

in violation of Title __26__ United States Code, Section(s) __5861(d)__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:

**PLEASE SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__June 9, 2008__ at __Johnstown, Pennsylvania__
Date                                             City and State

__Keith A. Pesto, U.S. Magistrate Judge__        _____
Name and Title of Judicial Officer               Signature of Judicial Officer