# UNITED STATES DISTRICT COURT

__WESTERN__ District of __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

BRADLEY KAHLE

_Defendant_

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case 08-36MJ

Upon motion of the __United States Attorney__, it is ORDERED that a detention hearing is set __June 23, 2008__ * at __1:00 p.m.__
_Date_  _Time_

before __U.S. Magistrate Judge Keith A. Pesto__
_Name of Judicial Officer_

__Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901 - Courtroom A__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the ~~United States marshal~~) __FBI__

_____ ) and produced for the hearing.
_Other Custodial Official_

Date: __6/20/08__

_Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.