PS3 - PAW (05/05) PAGE 3

## RECOMMENDATION:

It is because of the aforementioned that Pretrial Services recommends that the defendant be released on the following conditions:

1) The defendant be ordered to be placed on home detention with electronic monitoring at his residence (121 S. Main Street, Troutville, PA 15866).

2) The defendant be ordered to report to Pretrial Services as deemed necessary by the supervising officer.

3) The defendant is not to possess any firearms, destructive devices, or other dangerous weapons. The defendant shall submit his person, property, house, residence, and vehicle(s), to search at any time with or without a warrant by any law enforcement or probation officer based upon reasonable suspicion of contraband, evidence of a violation of a condition of release, or unlawful conduct by the defendant. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

4) The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed physician.

5) The defendant shall undergo a mental health evaluation and if necessary treatment, as directed by Pretrial Services.

6) The defendant will report to Pretrial Services any contact with law enforcement personnel of any arrests, questioning, or traffic stop.

7) The defendant's travel be restricted to the Western District of Pennsylvania.

8) Avoid contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation.

Respectfully submitted,

Gregory D. Wilson
U.S. Probation Officer

Approved:

Elaine M. Johnston
Supervising U.S. Probation Officer