IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>BRADLEY T. KAHLE   ) | Criminal No. 08-22 J<br><br>(26 U.S.C. §5861(d)) |

INDICTMENT

The grand jury charges:

That on or about June 8, 2008, in the Western District of Pennsylvania, the defendant, BRADLEY T. KAHLE, did knowingly and unlawfully possess firearms, as defined in Title 26, United States Code, Section 5845(a), which were not registered to him in the National Firearms Registration and Transfer Record, specifically, destructive devices, consisting of explosive bombs.

In violation of Title 26, United States Code, Section 5861(d).

A True Bill,

_____
FOREPERSON

_____
MARY BETH BUCHANAN
United States Attorney
PA ID No.: 50254