IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
                v.              )        Criminal No.  08-22 J
                                )
BRADLEY T. KAHLE                )

## ARRAIGNMENT PLEA

Defendant Bradley T. Kahle

being arraigned, pleads _____

in open Court this _____ day of

_____, 20____.


_____
        (Defendant's Signature)


_____
        (Attorney for Defendant)