# United States District Court

## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

                   Plaintiff  :  No.  CR. 08-22J

VS.
BRADLEY T. KAHLE

                   Defendant

Hearing on Initial Appearance, Arraignment
Detention Hearing
Date  July 15, 2008   10:00 a.m.

**BEFORE MAGISTRATE JUDGE KEITH A. PESTO**

Craig W. Haller, AUSA          Arthur McQuillan, Esq.

Appear for Plaintiff            Appear for Defendant

Hearing Begun 10:00              Hearing Adjourned To _____
Hearing Concluded C.A.V. 10:15   Stenographer Kimberly Spangler

Initial – counsel already appointed & involved from complaint stage

arraignment – NG, trial by jury August 18 tentative date

D/H – none held – no new evidence at this time, defendant remains in custody

WITNESSES:

FOR PLAINTIFF                    FOR DEFENDANT