IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          Criminal No. *08-22* J
                                  )
BRADLEY T. KAHLE                  )

### ARRAIGNMENT PLEA

Defendant Bradley T. Kahle

being arraigned, pleads *NOT GUILTY*

in open Court this *15th* day of

*July*, 20*08*.

_____
            (Defendant's Signature)

_____
            (Attorney for Defendant)