IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 08-22 J |
| vs. | : | |
| | : | |
| BRADLEY T. KAHLE, | : | |
| | : | Electronically Filed |
| Defendant | : | |

## **ORDER OF COURT**

**AND NOW**, to-wit, this _____ day of _____, 2008, upon consideration of the foregoing Motion For Pretrial Release.

IT IS HEREBY ORDERED That hearing on the within Motion is scheduled for _____, 2008, at _____ .M. before Magistrate Keith A. Pesto at the United States Courthouse, Penn Traffic Building, Johnstown, Pennsylvania.

BY THE COURT:

_____
United States District Judge