# UNITED STATES DISTRICT COURT
## FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

United States of America
Plaintiff

vs

No. 2008-22 J          CRIMINAL

Bradley T. Kahle
Defendant

Time for Selection: 2 hours 36 minutes

Date: MARCH 8, 2010

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | Gindlesperger, Richard L. | 20 | Albright, Carol A. 6-3 |
| 2 | Ormsby, James R. | 21 | Alcola, Joseph A. CP |
| 3 | Horner, Glennie C. | 22 | Haberkorn, Stanley F. CP |
| 4 | Bair, Edwin L. 6-1 | 23 | Miller, Michael D-5 |
| 5 | Stern, Clifford O. | 24 | Becker, James R. 6-6 |
| 6 | Gill, Michael S. | 25 | Young, Richard E. D-9 |
| 7 | Mock, Tonya D. CP | 26 | Bolen, Melissa D D-2 |
| 8 | Blunt, Jill M. D-3 | 27 | Smith, Cindy L. D-7 |
| 9 | Ickes, Shelley K. | ㉘ | Bailey, Wayne R. |
| 10 | Timko, Nancy J. D-4 | ㉙ | Hoenstine, Benjamin M. |
| 11 | Boggs, Dennis S D-10 | 30 | Kunes, Ruth L D-1 |
| 12 | Martunish, Glenn R. | ㉛ | Griffith, Kathleen |
| 13 | Langer, Ruth S D-6 | 32 | Burggraf, Harold L CP |
| 14 | Humberston, Tonya A. D-8 | ⑬ | Malzi, Laura L. |
| ⑭ | Troutman, Alice L. | 34 | Lewis, Alvie R. 6-alt-1 |
| 16 | Surry, Jonathan E. 6-5 | ⑭ | Gragovich, Karen S |
| 17 | McCoy, Bryan R. 6-2 | 36 | Giles, Karen L. D-alt |
| ⑰ | Baker, Daniel R. | 37 | Lecrossbuck, Steve S NU |
| 19 | Gershauser, Mary C 6-4 | 38 | Martin, Whitney C. |

### ALTERNATE JURORS

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 39 | Baughman, Amanda M NU | 44 | Henry, Lonna L. NU |
| 40 | Long, Barbara A. NU | 45 | Sheets, Jill M. CP |
| 41 | Porgio, Barbara W. NU | 46 | Hay, Lauren J. CP |
| 42 | Rawlins, Linda J. NU | 47 | Albright, Pollock L NU |
| 43 | London, Bernadette M. NU | 48 | Johnston, Patricia S. CP |
| 49 | Rosenberger, James T. NU | 51 | Husband, Tonya... NU |
| 50 | Lewis, Tessa Sherin L. NU | 52 | Penrod, Adrian D. NU |

WDPA CRIM-3 (02/01)

## CLERK'S MEMORANDUM

| | | | | |
|---|---|---|---|---|
| Criminal Number | _2008-22J_ | Case closed | _March 10_ | 20 _10_ |
| Before Judge | _Kim R. Gibson_ | Judge Charges Jury | _March 10_ | 20 _10_ |
| Appears for Pltf. | _Margaret E. Picking, AUSA_ | Jury Retires | _March 10_ | 20 _10_ |
| | | Verdict | _March 10_ | 20 _10_ |
| Appears for Deft. | _Blair H. Hindman, Esq._ | | | |
| Appears for 3rd pty. | | | | |

| | | | |
|---|---|---|---|
| Pltf. opens | _March 8_ | 20 _10_ | Bailiff in Charge/Law Clerk   _Adele Lack_ |
| Pltf. rest | _March 9_ | 20 _10_ | Court Reporter   _Kimberly Spangler_ |
| Pltf. close | _March 10_ | 20 _10_ | Deputy Clerk   _Debbie Gorgone_ |
| Deft. opens | _March 8_ | 20 _10_ | |
| Deft. rest | _March 10_ | 20 _10_ | |
| Deft. close | _March 10_ | 20 _10_ | |

### JURY

1. _Richard L. Gindlesperger_
2. _James R. Ormsby_
3. _Dennis C. Horner_
4. _Alice F. Troutman_
5. _Clifford O. Stern_
6. _Michael S. Gill_
7. _Daniel R. Baker_
8. _Wayne R. Bailey_
9. _Shelley K. Ickes_
10. _Benjamin M. Hoenstine_
11. _Kathleen Griffith_
12. _Glenn R. MacTavish_

### ALTERNATE JURORS

1. _Laura L. Malzi_
2. _Karen S. Dragovich_
3.
4.

### TRIAL MEMORANDUM

**Dates of Trial**

| | | |
|---|---|---|
| Trial Opens | _March 8_ | 20 _10_ |
| Continues | _March 9_ | 20 _10_ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Continues | | 20 __ |
| Trial closed | _March 10_ | 20 _10_ |
| Verdict | _March 10_ | 20 _10_ |