# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __Pennsylvania__

United States of America

v.

Bradley T. Kahle

## EXHIBIT AND WITNESS LIST

Case Number: 2008-22J

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kim R. Gibson | Margaret E. Picking, AUSA | Blair H. Hindman |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY — LAW CLERK |
|  | Kimberly Spangler | D. Gorgone — Adele Lack |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 3/8/10 |  |  | William Ray |
| 1 |  | 3/8/10 | ✓ | ✓ | CD recording of February 1, 2007, conversation |
| 1B |  | 3/8/10 | ✓ | ✓ | transcript of February 1, 2007 conversation |
| 2 |  | 3/9/10 | ✓ | ✓ | recording of June 7, 2008, conversation |
| 2a |  | 3/9/10 | ✓ | ✓ | transcript of Ex. 2 session 1 |
| 2b |  | 3/9/10 | ✓ | ✓ | transcript of Ex. 2 session 2 |
| 3 |  | 3/9/10 | ✓ | ✓ | photo of suspected IEDs |
| 4 |  | 3/9/10 | ✓ | ✓ | photo of suspected IEDs |
|  |  | 3/9/10 |  |  | David Hudson |
|  |  | 3/9/10 |  |  | David McCollam |
|  |  | 3/9/10 |  |  | Thomas Mohnal |
| 33 |  | ~~3/9/10~~ | ✓ |  | 50 mg. of powdered sugar |
| 34 |  | ~~3/9/10~~ | ✓ |  | 45 grams of powdered sugar |
| 5 |  | 3/9/10 | ✓ | ✓ | enlarged photo of known standard |
| 6 |  | 3/9/10 | ✓ | ✓ | enlarged photo of 2 suspected IEDs and 1 known standard |
| 7 |  | 3/9/10 | ✓ | ✓ | enlarged photo of top of objects in Gov. 6 |
| 8 |  | 3/9/10 | ✓ | ✓ | Q-23 |
| 9 |  | 3/9/10 | ✓ | ✓ | Q ~~~~ 23-24 |
| 10 |  | 3/9/10 | ✓ | ✓ | Q24 |
| 11 |  | 3/9/10 | ✓ | ✓ | Q25 |
| 12 |  | 3/9/10 | ✓ | ✓ | Q26 |
| 13 |  | 3/9/10 | ✓ | ✓ | Q26 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

United States vs. Kahle                                    CASE NO. 3:2008-cr-22

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14 |  | 3/9/10 | ✓ | ✓ | Q27 |
| 15 |  | 3/9/10 | ✓ | ✓ | ~~Q28~~ Q27-28 |
| 16 |  | 3/9/10 | ✓ | ✓ | Q28 |
| 17 |  | 3/9/10 | ✓ | ✓ | Q29 |
| 18 |  | 3/9/10 | ✓ | ✓ | Q29-30 |
| 19 |  | 3/9/10 | ✓ | ✓ | Q30 |
| 20 |  | 3/9/10 | ✓ | ✓ | Q31 |
| 21 |  | 3/9/10 | ✓ | ✓ | Q31-32 |
| 22 |  | 3/9/10 | ✓ | ✓ | Q32 |
| 23 |  | 3/9/10 | ✓ | ✓ | Q33 |
| 24 |  | 3/9/10 | ✓ | ✓ | Q33-34 |
| 25 |  | 3/9/10 | ✓ | ✓ | Q34 |
| 26 |  | 3/9/10 | ✓ | ✓ | Q35 |
| 27 |  | 3/9/10 | ✓ | ✓ | Q35-36 |
| 28 |  | 3/9/10 | ✓ | ✓ | Q36 |
| 29 |  | 3/9/10 | ✓ | ✓ | Q37 |
| 30 |  | 3/9/10 | ✓ | ✓ | Q37-38 |
| 31 |  | 3/9/10 | ✓ | ✓ | Q38 |
| 32 |  | 3/9/10 | ✓ | ✓ | videotaped explosions |
| 35 |  | 3/9/10 | ✓ | ✓ | BATFE certificate |
|  |  | 3/10/10 |  |  | Kay Bowser |
|  |  | 3/10/10 |  |  | David E. Ballish |

Page 2 of 2 Pages