IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:2008-22 |
| | ) | |
| BRADLEY T. KAHLE, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| Defendant. | ) | |

## FORM OF VERDICT

As to the charge in the indictment against Defendant Bradley T. Kahle of possession of firearms not registered to him in the National Firearms Registration and Transfer Record, specifically, destructive devices consisting of explosive bombs, on or about June 8, 2008, in violation of Title 26, United States Code, Section 5861(d), we the jury empaneled in the above captioned case do hereby unanimously find the Defendant Bradley T. Kahle:

**GUILTY** _____        **NOT GUILTY** \_\_✓_____

**PLEASE SIGN AND DATE THE FORM OF VERDICT AND RETURN TO THE COURTROOM.**

_[signature]_
Foreperson

_[signatures of jurors]_

Date: 3/10/10